## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:17-cv-00475-FDW

| | |
|---|---|
| CHRISTOPHER CARANZZA WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| STATE OF NORTH CAROLINA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court upon Petitioner Christopher Caranzza Williams's pro se Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254. (Doc. No. 1.) Petitioner is a prisoner of the State of North Carolina.

On July 11, 2017, he placed a § 2254 habeas petition in the prison mail system. Pet. 15, Williams v. North Carolina, 3:17-cv-00417-FDW (W.D.N.C.), Doc. No. 1. It was docketed in this Court on July 17, 2017. Id. Petitioner also placed the instant § 2254 Petition in the prison mail system on July 11, 2017. (Pet. 15, Doc. No. 1.) But for the dates on which they were executed –one on July 8, 2017, the other on July 10, 2017 – the petitions are identical. Because the petitions were filed on the same day and are duplicative, the Court shall direct the Clerk to terminate the instant habeas Petition and close this action.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall terminate the § 2254 Petition for Writ of Habeas Corpus (Doc. No. 1) and close the above-captioned action.

Signed: August 16, 2017

Frank D. Whitney
Chief United States District Judge